# Exhibit 1

REV. 5/8C

| | | | |
|---|---|---|---|
| THE STATE OF TEXAS VS. | | | |
| TRACY BRIAN BROWN | SPN: 01144737 | DATE PREPARED: 110990 | BY: ALB |
| ADDRESS UNKOWN | DOB: ▮▮▮ | AGENCY: HPD | 77708-590 |
| | | NCIC CODE: 3530 10 | ATE: 110890 |
| FELONY CHARGE: | | RELATED CASES: R. THOMAS, . LIAMS. T.ERVIN | |
| DEL. CONT. SUBST. - CRACK | 176▮▮ | | 162  30 |
| CAUSE NO.: 580614 | | BAIL $ NO BOND | |
| HARRIS COUNTY DISTRICT COURT NO.: 339TH | | PRIOR CAUSE NO. | Vol___ Page ___ AX GM |

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,

TRACY BRIAN BROWN

hereafter styled the Defendant, heretofore on or about **NOVEMBER 8, 1990** _____, did then and there unlawfully

intentionally and knowingly deliver by actual transfer to D. DEBLANC, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 28 grams.

It is further presented that in Harris County, Texas, TRACY BRIAN BROWN, hereafter styled the Defendant, heretofore on or about NOVEMBER 8, 1990, did then and there unlawfully, intentionally and knowingly deliver by constructive transfer to D. DEBLANC, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 28 grams.

It is further presented that in Harris County, Texas, TRACY BRIAN BROWN, hereafter styled the Defendant, heretofore on or about NOVEMBER 8, 1990, did then and there unlawfully, intentionally and knowingly deliver by offering to sell to D. DEBLANC, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 28 grams.

Before the commission of the offense alleged above(hereafter styled the primary offense), on May 12,1988, in Cause No. F-8881115-MU, in the 291st Judicial District Court of Dallas County, Texas, the Defendant was convicted of the felony of unlawful possesaion of a controlled substance, to-wit; cocaine.

Before the commission of the primary offense, and after the conviction in Cause No. F-8881115-MU was final, the Defendant committed the felony of unlawful possession of a controlled substance, to wit; cocaine and was convicted on September 21,1989, in Cause No. F 89-90307-MR in the 265th Judicial District of Dallas County, Texas

AGAINST THE PEACE AND DIGNITY OF THE STATE

FOREMAN  176th

*Rudy Tijerina*

FOREMAN OF THE GRAND JURY

FILED

90 DEC 14 AM 11:42

*M Thomas*
DEPUTY

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

INDICTMENT / ORIGINAL

For Official Governmental Use Only - Do Not Disseminate to the Public: 98919170 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 1, 2024


Certified Document Number:        98919170 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**