UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACY BRIAN BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-02670 |
| | § | |
| FRED REYNOLDS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF RESETTING

The parties are hereby notified that a status conference regarding the initial pretrial and scheduling conference is set for **March 20, 2025, at 9:00 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **571-353-2301**

Conference ID: **973-073-808#**

Conference Password: **963-741#**

Date: February 7, 2025                    NATHAN OCHSNER, CLERK

                                          By: C. Horace, Case Manager to
                                              Judge Kenneth M. Hoyt