United States District Court
Southern District of Texas
**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACY BRIAN BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-02670 |
| | § | |
| FRED REYNOLDS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the Court are several motions to dismiss filed by defendants. In light of the fact that many law enforcement agencies are sued, that the plaintiff is proceeding *pro se*, and the Court's concerns about the scope of the lawsuit the Court sets these motions for a hearing on the 20th day of March 2025 at 9:00 o'clock a.m., 515 Rusk, Courtroom 11-A, Houston, Texas.

It is so Ordered.

SIGNED on February 11, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge