United States District Court
Southern District of Texas
**ENTERED**
February 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRACY BRIAN BROWN, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:24-CV-02670 |
| FRED REYNOLDS, *et al.*, | § |
| Defendants. | § |

## ORDER

The defendant, Ken Paxton's motion to stay discovery pending resolution of the several defendants' motions to dismiss is Granted.

It is so ORDERED.

SIGNED on February 19, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge