UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRACY BRIAN BROWN, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:24-CV-02670 |
| FRED REYNOLDS, *et al.*, | § |
| Defendants. | § |

## ORDER

Pending before the Court is the plaintiff's unopposed motion for a 10-day extension of time to respond to defendants Harris County and Kim Ogg's Amended Motion to Dismiss (Dkt. No. 85). The unopposed motion is granted.

It is ORDERED that the time required to respond to defendants Harris County and Kim Ogg's Amended Motion to Dismiss is extended until March 17, 2025.

It is so ORDERED.

SIGNED on March 7, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge